Cheshire, ⎱
Jan. 4, 1910. ⎰

### HOWE v. LEIGHTON.

### WHEELER v. LEIGHTON.

CASE, to recover for injuries received through the negligent operation of the defendant's automobile. Upon a statement of the facts agreed upon by the parties, the court (*Pike*, J., in the first case and *Chamberlin*, J., in the second) in each case ordered a nonsuit, and the plaintiffs severally excepted.

The plaintiffs were injured on the same day by collision with the defendant's automobile while it was being driven by his chauffeur. At the time of both accidents the chauffeur was not using the automobile upon his master's business, but was riding for pleasure without the knowledge or consent of the defendant.

*Joseph Madden*, for the plaintiffs.

*Cain & Benton*, for the defendant.

*Per Curiam.* The orders made were in accordance with the decision in *Danforth* v. *Fisher*, ante, 111.

*Exceptions overruled.*